# FEDERMAN & SHERWOOD
(AN ASSOCIATION OF ATTORNEYS AND PROFESSIONAL CORPORATIONS)

| | |
|---|---|
| 10205 N. PENNSYLVANIA AVENUE<br>OKLAHOMA CITY, OKLAHOMA 73120<br>TELEPHONE: (405) 235-1560<br>FACSIMILE: (405) 239-2112 | 212 W. SPRING VALLEY ROAD<br>RICHARDSON, TEXAS 75081<br>TELEPHONE: (214) 696-1100<br>FACSIMILE: (214) 740-0112 |

REPLY TO: OKLAHOMA CITY, OK

June 10, 2025

**VIA ECF**
Hon. Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   Joint Letter-Motion to Stay Case Pending Mediation
      *In re Eisner Advisory Group, LLC Data Breach Litigation*, Case No. 1:25-cv-03044

To the Honorable Margaret M. Garnett:

Plaintiffs David Fallen, Chris Ouellette, Hannah Watzka, and Timothy Rushing ("Plaintiffs") and Defendant Eisner Advisory Group, LLC (collectively, the "Parties") write to jointly move to stay this action pending an upcoming mediation.

On April 30, 2025, the Court granted Plaintiffs' Motion to Consolidate Cases and Appoint Interim Co-Lead Class Counsel (ECF No. 13), appointing interim co-lead class counsel and consolidating all pending actions naming Eisner Advisory Group, LLC as a defendant in connection with the September 2023 data breach into the first-filed case. Pursuant to the Court's Order granting Plaintiffs' Motion to Consolidate Cases and Appoint Interim Co-Lead Class Counsel, Plaintiffs' Consolidated Class Action Complaint is due June 16, 2025.

The Parties have scheduled a mediation for September 25, 2025, which could resolve this case in its entirety. In an effort to promote judicial efficiency, the Parties respectfully request a stay of this action, including all pending deadlines. A temporary stay would help conserve the resources of both the Court and the Parties during the brief period between this filing and the mediation scheduled for September 25, 2025.

Good cause exists to grant this motion, which is not made for any improper purpose or undue delay. The Parties will advise the Court of the outcome of the mediation within five (5) business days following the mediation. For the foregoing reasons, the Parties respectfully request the Court stay this action, including all deadlines, pending the outcome of mediation.

Respectfully submitted,

/s/*William B. Federman*
William B. Federman (SBN 2215341)
Tanner R. Hilton (admitted *pro hac vice*)
**FEDERMAN & SHERWOOD**

/s/*Daniel M. Braude*
Daniel M. Braude
**MULLEN COUGHLIN LLC**
411 Theodore Fremd Ave.

| | |
|---|---|
| 10205 N. Pennsylvania Ave.<br>Oklahoma City, Oklahoma 73120<br>-and-<br>4131 North Central Expressway, Suite 900<br>Dallas, Texas 75204<br>Tel: (405) 235-1560 | Rye, New York 10580<br>Tel: (267) 930-1316<br>dbraude@mullen.law<br><br>*Counsel for Defendant* |

Raina Borrelli (*pro hac vice* forthcoming)
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
(872) 263-1100
(872) 263-1109 (facsimile)
raina@straussborrelli.com

*Interim Class Counsel for Plaintiffs*

## ORDER

The Court, having considered the Parties' Joint Motion to Stay Case Pending Mediation and finding good cause, hereby **GRANTS** the Joint Motion to Stay Case Pending Mediation and **ORDERS** as follows:

1. All litigation deadlines are stayed pending mediation scheduled for September 25, 2025;

2. The Parties are ordered to advise the Court of the outcome of mediation on or before October 2, 2025.

**IT IS SO ORDERED.**

Dated: June 13, 2025

Honorable Margaret M. Garnett