

**straussborrelli.com**

**Raina Borrelli**
raina@straussborrelli.com
872.263.1100

November 3, 2025

*VIA E-FILE*

Hon. Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:    Joint Status Report and Request for Lift of Stay**

*In re Eisner Advisory Group, LLC Data Breach Litigation* (Case No. 1:25-cv-03044)

Dear Judge Garnett,

Plaintiffs David Fallen, Chris Ouellette, Hannah Watzka, and Timothy Rushing ("Plaintiffs") and Defendant Eisner Advisory Group, LLC (collectively, the "Parties") jointly provide the following status report regarding the Parties' efforts to resolve this matter.

Despite a full day mediation session before the Hon. David E. Jones (Ret.) on September 25, 2025, and additional negotiations since that date, the Parties have not reached a settlement. As a result, the Parties jointly request that the Court lift the stay of this matter and order that Plaintiffs' Consolidated Complaint be due on or before November 21, 2025.

We are available to answer any questions the Court may have.

Very truly yours,

STRAUSS BORRELLI PLLC

Raina C. Borrelli

cc: All Counsel (via ECF)

980 N Michigan Avenue, Suite 1610, Chicago, Illinois 60611    California | Illinois | Minnesota | Washington | Wisconsin

November 3, 2025
Page 2

## ORDER

The Court, having considered the Parties' Joint Status Report and Motion to Lift Stay and

finding good cause, hereby **GRANTS** the Joint Motion to Lift Stay and **ORDERS** as follows:

1.  The stay of this matter is lifted;

2.  Plaintiffs' Consolidated Complaint is due on or before November 21, 2025.

IT IS SO ORDERED.

Dated:  November 5, 2025

_____
Honorable Margaret M. Garnett